DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEENA ZYMKOWITZ,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON TRUST COMPANY,**
Appellee.

No. 4D19-2846

[October 15, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. CACE16-014647.

Catherine A. Riggins, Miami, for appellant.

S. Douglas Knox, FL and J. Kirby McDonough of Spencer Fane, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***